**Dismissed and Opinion Filed October 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00680-CV

**BILLY WATSON, Appellant**
**V.**
**MAGNOLIA AT MESQUITE CREEK, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02285-E**

## MEMORANDUM OPINION
Before Justices Lang, Evans, and Whitehill
Opinion by Justice Whitehill

Appellant's brief is overdue. By postcard dated June 30, 2015, we notified appellant the reporter's record was filed, which in accordance with TEX. R. APP. P. 38.6(a) triggered the briefing deadline. In response to the court's notice, appellant notified the court on July 28, 2015 that he would provide an updated mailing address. No updated mailing address has been received to date. By postcard dated August 10, 2015, we notified appellant, at his address of record, the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. The postcard was not returned as undeliverable. To date, appellant has not filed his brief, an

extension motion, or otherwise corresponded with the Court regarding the status of his brief or his updated mailing address.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

150680F.P05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

BILLY WATSON, Appellant

No. 05-15-00680-CV     V.

MAGNOLIA AT MESQUITE CREEK,
Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-15-02285-E.
Opinion delivered by Justice Whitehill.
Justices Lang and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Magnolia at Mesquite Creek recover its costs, if any, of this appeal from appellant Billy Watson.

Judgment entered October 27, 2015.